UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

GARRETT O'ROURKE,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>UNSEALING ORDER</u>

Docket No. <u>19-MJ-644 (SMG)</u>

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Hiral Mehta, for an order unsealing the redacted complaint and arrest warrant in the above-captioned matter.

WHEREFORE, it is ordered that the redacted complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           July 18, 2019

/s/ SMG
_____
HONORABLE STEVEN M. GOLD
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK