AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-MJ-644 (SMG) |
| GARRETT O'ROURKE | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT GARRETT O'ROURKE

Date:   07/22/2019

*Attorney's signature*

ROLAND G. RIOPELLE (RR-2950)
*Printed name and bar number*

SERCARZ & RIOPELLE, LLP
810 SEVENTH AVENUE, SUITE 620
NEW YORK, NY  10019

*Address*

rriopelle@sercarzandriopelle.com
*E-mail address*

(212) 586-4900
*Telephone number*

(212) 586-1234
*FAX number*